# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                         4:13CR00148-006 SWW
                            4:14CR00165-001 SWW

MANUEL GARZA                                                DEFENDANT
(USM custody)

## ORDER

Due to a conflict on the Court's calendar, the sentencing hearing scheduled **FRIDAY, FEBRUARY 13, 2015** *at 1:00 P.M.* has been rescheduled for **3:00 P.M.**

IT IS SO ORDERED this 4th day of February 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE